UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 21 CR 759 |
| v. | ) |
| | ) Magistrate Judge Maria Valdez |
| DANIEL V.T. CATENACCI | ) |

## WAIVER OF INDICTMENT

I, DANIEL V.T. CATENACCI, the above-named defendant, who is charged with the offense of securities fraud by insider trading, in violation of Title 15, United States Code, Sections 78j(b) and 78ff(a), and Title 17, Code of Federal Regulations, Section 240.10b-5, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive by telephone on January 4, 2022, prosecution by indictment and consent that the prosecution may be by information rather than by indictment.

_Daniel Catenacci_
DANIEL V.T. CATENACCI
Defendant

_/s/ Ronald S. Safer_
RONALD S. SAFER
Attorney for Defendant

_/s/_
JACOB L. KAHN
Attorney for Defendant

_/s/_
GEORGIA N. ALEXAKIS
Attorney for Defendant

Before: _Maria Valdez_
MARIA VALDEZ
United States Magistrate Judge

Date: _January 4, 2022_