UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DANIEL V.T. CATENACCI | CASE NO. 1:21-CR-00759<br><br>HON. JORGE L. ALONSO |

NOTICE OF PRESENTMENT OF DEFENDANT'S MOTION FOR LEAVE TO ENTER GUILTY PLEA PURSUANT TO *NORTH CAROLINA V. ALFORD*

PLEASE TAKE NOTICE that on March 3, 2022 at 2:00 p.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Jorge L. Alonso, in Courtroom 1903 of the U.S. District Court, located at 219 South Dearborn St., Chicago, Illinois, and present Defendant's Motion for Leave to Enter Guilty Plea Pursuant to *North Carolina v. Alford*, a copy of which is being filed with the Court and served upon you concurrently herewith.

Dated: February 2, 2022

Respectfully submitted,

/s Ronald S. Safer
Ronald S. Safer
Jacob L. Kahn
Georgia N. Alexakis
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, IL  60602
(312) 471-8700
rsafer@rshc-law.com
jkahn@rshc-law.com
galexakis@rshc-law.com

*Attorneys for Defendant Daniel V.T. Catenacci*

1

## **CERTIFICATE OF SERVICE**

I, Ronald S. Safer, certify that on February 2, 2022, I served a copy of the foregoing document electronically using the Court's CM/ECF system, which will automatically generate notice of this filing to all Counsel of Record.

/s/ *Ronald S. Safer*