## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

                Plaintiff,

       v.

DANIEL V.T. CATENACCI,

                Defendant.

CASE NO. 1:21-CR-00759

HON. JORGE L. ALONSO

### MOTION FOR LEAVE TO WITHDRAW ATTORNEY

Pursuant to Local Rule 83.17, attorney Georgia N. Alexakis of Riley Safer Holmes & Cancila LLP respectfully moves to withdraw as one of the attorneys for Defendant Daniel V.T. Catenacci.  Mr. Catenacci will continue to be represented by other attorneys from Riley Safer Holmes & Cancila LLP.

Dated:  June 29, 2022

Respectfully submitted,

*Georgia N. Alexakis*
Ronald S. Safer
Jacob L. Kahn
Georgia N. Alexakis
Riley Safer Holmes & Cancila LLP
70 W. Madison Street, Suite 2900
Chicago, IL  60602
(312) 471-8700

*Attorneys for Defendant Daniel V.T. Catenacci*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2022, I caused the foregoing document to be electronically

filed using the CM/ECF system, which will send notice of this filing to all counsel of record.

*Georgia N. Alexakis*